USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 11/23/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SANDY GRACIANO, *on behalf of herself
and all other persons similarly situated*,

                                Plaintiff,

                v.

GODINGER SILVER ART LTD.,

                                Defendant.

21-CV-6935 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

No later than November 30, 2021, the parties shall file a status letter updating the Court

on whether the mediation session held on November 2, 2021, was successful.

SO ORDERED.

Dated:    November 23, 2021
          New York, New York

_____
Ronnie Abrams
United States District Judge