**GOTTLIEB & ASSOCIATES**
ATTORNEYS

150 E. 18th St., Suite PHR • New York, NY 10003
Tel (212) 228-9795 • Fax (212) 982-6284
NYJG@aol.com

May 19, 2022

**VIA ECF**

The Honorable Ronnie Abrams
United States District Court Judge
United States District Court
Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Application granted.

The post-discovery conference scheduled for May 26, 2022 is hereby adjourned to July 1, 2022 at 10:30 a.m. Unless the parties request otherwise, this conference will be held by telephone. The parties shall use the following dial-in information to call in to the conference: Call-in Number: (888) 363-4749; Access Code: 1015508. This conference line is open to the public.

The parties shall submit a joint letter as described in the Case Management Plan, Dkt. 18, on or before June 24, 2022.

Re: *Graciano v. Godinger Silver Art Ltd.,*
Case No.: 1:21-cv-6935-RA

SO ORDERED.

_____
Hon. Ronnie Abrams
05/20/2022

Dear Judge Abrams,

    The undersigned represent all of the Parties in the above-captioned matter. In light of your Honor's Order on December 2, 2021 (Dkt. 18), the Parties jointly advise your Honor and the Court that although the Mediation was not successful, the Parties are still actively negotiating and are optimistic that we will reach a resolution of this matter shortly; therefore we respectfully request that the post-discovery conference scheduled for May 26, 2022 be adjourned for 30 days.

    We thank the Court for its time and attention in this matter.

For Plaintiff:

by: *s/Jeffrey M. Gottlieb, Esq.*

Jeffrey M. Gottlieb, Esq.
Gottlieb & Associates
150 East 18th Street
New York, NY 10003
Email: Jeffrey@Gottlieb.legal
Phone: (212) 228-9795
Fax:     (212) 982-6284

For Defendant:

by: */s/David Stein, Esq.*

David Stein, Esq.
Stein & Nieporent LLP
1441 Broadway Suite 6090
New York, NY 10018
Email: Dstein@steinllp.Com
Phone:  212-308-3444
Fax:  212-836-9595